**THE BROWN LAW FIRM, P.C.**
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Email: RMoest@aol.com

*Counsel for Plaintiff Kolta*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ALPESH SHAH, Derivatively on Behalf of Nominal Defendant AUTODESK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW ANAGNOST, KAREN BLASING, REID FRENCH, AYANNA HOWARD, BLAKE IRVING, MARY MCDOWELL, STEPHEN MILLIGAN, LORRIE NORRINGTON, ELIZABETH RAFAEL, RAMI RAHIM, STACY SMITH, and DEBORAH CLIFFORD, <br><br> Defendants, <br><br> and <br><br> AUTODESK, INC., <br><br> Nominal Defendant. | Case No. 4:24-CV-03451-YGR <br><br> The Hon. Yvonne Gonzalez Rogers <br><br> **SECOND AMENDED STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING LEAD COUNSEL FOR PLAINTIFFS** |

[Additional caption on following page]

1

2

3    LISA KOLTA, derivatively on behalf of
     AUTODESK, INC.,

4
                         Plaintiff,
5
                                                   Case No.: 3:24-CV-03804-YGR
         v.
6
                                                   The Hon. Yvonne Gonzalez Rogers
7    ANDREW ANAGNOST, DEBORAH
     CLIFFORD, STACY SMITH, KAREN
     BLASING, REID FRENCH, DR. AYANNA
8    HOWARD, BLAKE IRVING, MARY
     MCDOWELL, STEPHEN MILLIGAN, LORRIE
9    NORRINGTON, BETSY RAFAEL, and RAMI
     RAHIM,
10
11                       Defendants,

12       and

13   AUTODESK, INC.,

14                       Nominal Defendant.
15

16

17       WHEREAS, on June 7, 2024, plaintiff Alpesh Shah ("Shah") filed a shareholder derivative action

18   on behalf of nominal defendant Autodesk, Inc. ("Autodesk" or the "Company") alleging causes of action

19   for violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and Rule

20   14a-9 promulgated thereunder, breach of fiduciary duty, aiding and abetting breach of fiduciary duty,

21   unjust enrichment, abuse of control, and waste of corporate assets against defendants Andrew Anagnost,

22   Karen Blasing, Reid French, Ayanna Howard, Blake Irving, Mary McDowell, Stephen Milligan, Lorrie

23   Norrington, Elizabeth Rafael, Rami Rahim, Stacy Smith and Deborah Clifford, (collectively, the

24
     "Individual Defendants," and together with the Company, "Defendants"), captioned *Shah v. Anagnost et*
25
     *al.*, Case No. 3:24-CV-03451-YGR (the "*Shah* Action");
26
         WHEREAS, on June 25, 2024, plaintiff Lisa Kolta ("Kolta") filed a shareholder derivative action
27

28
                                                    2
     SECOND AMENDED STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER
     DERIVATIVE ACTIONS AND APPOINTING LEAD COUNSEL FOR PLAINTIFFS

on behalf of nominal defendant Autodesk in this Court alleging causes of action for violations of Sections 20(a) and 10(b) of the Exchange Act, and Rule 10b-5 promulgated thereunder, breach of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, and waste of corporate assets and for contribution under Sections 10(b) and 21D of the Exchange act against the Individual Defendants, captioned *Kolta v. Anagnost, et al*., Case No. 3:24-CV-03804-YGR (the "*Kolta* Action," and together with the *Shah* Action, the "Related Derivative Actions");

WHEREAS, on April 24, 2024, plaintiff Michael Barkasi filed a putative securities class action captioned *Barkasi v. Autodesk, Inc., et al.*, Case No.: 4:24-cv-02431-YGR (the "Securities Class Action") in this Court against Andrew Anagnost, Deborah L. Clifford, and Autodesk;

WHEREAS, the parties to the Related Derivative Actions ("Parties") agree that those actions arise from substantially similar underlying transactions and events as the Securities Class Action, and, accordingly, defendants in the Securities Class Action filed administrative motions on June 27 and June 28, 2024 to consider whether the Related Derivative Actions should be deemed related to the Securities Class Action in accordance with Civil Local Rule 3-12;

WHEREAS, on July 10, 2024, the Court granted the administrative motions to relate the Related Derivative Actions to the Securities Class Action;

WHEREAS, the Parties agree that the Related Derivative Actions challenge substantially similar alleged conduct and involve overlapping questions of law and fact, and that the administration of justice would best be served by consolidating the Related Derivative Actions;

WHEREAS, the Parties therefore respectfully submit that the Related Derivative Actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, plaintiffs Shah and Kolta agree that The Brown Law Firm, P.C., the resume of which is attached hereto as Exhibit A, shall be designated as Lead Counsel for plaintiffs in the consolidated

1    derivative action ("Plaintiffs");

2        WHEREAS, Defendants take no position regarding appointment of Lead Counsel for Plaintiffs;

3    and

4        WHEREAS, by entering into this Second Amended Stipulation, Defendants do not waive and

5    expressly reserve all rights, defenses, and objections (other than those relating to service of process),

6    including those relating to the merits, jurisdiction, and venue.

7        IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for

8    the Court's approval, to consolidate the Related Derivative Actions and appoint Lead Counsel for

9    Plaintiffs pursuant to the following terms:

10   1.    To the extent they have not already been served, Defendants hereby accept service of the

11   complaints in the Related Derivative Actions.

12   2.    The Parties shall have 60 days upon acceptance of this Order to submit a proposed

13   schedule, and Defendants are not required to respond to the complaints until the date set by the Court in

14   ruling on the proposed schedule.

15   3.    The Related Derivative Actions are hereby consolidated for all purposes, including pre-

16   trial proceedings and trial, under Case No. 3:24-CV-03451-YGR (the "Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Shah v. Anagnost et al.* | 3:24-CV-03451-YGR | June 7, 2024 |
| *Kolta v. Anagnost et al.* | 3:24-CV-03804-YGR | June 25, 2024 |

4.    Every pleading filed in the Consolidated Action, or in any separate action included herein,
must bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE AUTODESK, INC. DERIVATIVE LITIGATION | Case No. 3:24-CV-03451-YGR |
| | (Consolidated) |
| This Document Relates to: | |
| ALL ACTIONS | |

5.    All papers filed in connection with the Consolidated Action will be maintained in one file under Case No. 3:24-CV-03451-YGR.

6.    Based on the agreement of the Plaintiffs, Lead Counsel for Plaintiffs in this Consolidated Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

7.    Plaintiffs' Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8.    Lead Counsel will be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Lead Counsel.

9.    Counsel for Defendants may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of Lead Counsel, and such agreements shall be binding on all Plaintiffs.

10.    This Order shall apply to each shareholder derivative action arising out of the same, or

substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Autodesk, Inc. Derivative Litigation*, Case No. 3:24-CV-03451-YGR, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, Plaintiffs' Lead Counsel shall promptly call to the attention of the Clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Autodesk, Inc. Derivative Litigation*, Case No. 3:24-CV-03451-YGR, and Plaintiffs' Lead Counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later related shareholder derivative actions involving Autodesk filed in this Court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

11.    This second amended stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: October 18, 2024                **THE BROWN LAW FIRM, P.C.**

By:    */s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

SECOND AMENDED STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER
DERIVATIVE ACTIONS AND APPOINTING LEAD COUNSEL FOR PLAINTIFFS

1    *Counsel for Plaintiff Kolta and [Proposed] Lead Counsel*

2

3

4

5

6

7

8

9

10    Dated: October 18, 2024                **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

11

12                                    By:    */s/ Alex J. Tramontano*
                                            Betsy C. Manifold
13                                          Rachele R. Byrd
                                            Alex J. Tramontano
14                                          750 B Street, Suite 1820
                                            San Diego, CA 92101
15                                          Telephone: (619) 239-4599
                                            Facsimile: (619) 234-4599
16                                          Email: manifold@whafh.com
17                                                 byrd@whafh.com
                                                   tramontano@whafh.com
18

19                                          **RIGRODSKY LAW, P.A.**
                                            Seth D. Rigrodsky
20                                          Timothy J. MacFall
                                            Samir Aougab
21                                          825 East Gate Boulevard, Suite 300
                                            Garden City, NY 11530
22                                          Telephone: (516) 683-3516
                                            Email: sdr@rl-legal.com
23                                                 tjm@rl-legal.com
24                                                 sa@rl-legal.com

25                                          *Counsel for Plaintiff Shah*

26                                          **GRABAR LAW OFFICE**
                                            Joshua H. Garbar
27                                          One Liberty Place
                                            1650 Market Stret, Suite 3600
28

SECOND AMENDED STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER
DERIVATIVE ACTIONS AND APPOINTING LEAD COUNSEL FOR PLAINTIFFS

Philadelphia, PA 19103
Telephone: (267)-507-6085
Email: jgrabar@grabarlaw.com

*Additional Counsel for Plaintiff Shah*

**WILSON SONSINI GOODRICH & ROSATI**

Dated: October 18, 2024

By: _/s/ Caz Hashemi_
Caz Hashemi, State Bar No. 210239
chashemi@wsgr.com
Stephen Bruce Strain, State Bar No. 291572
sstrain@wsgr.com
650 Page Mill Road
Palo Alto, CA 94105
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Jessica L. Snorgrass, State Bar No. 259962
jsnorgrass@wsgr.com
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900

*Counsel for Defendants*

# THE BROWN LAW FIRM, P.C. BIOGRAPHY

The Brown Law Firm, P.C. is a complex business litigation firm located in New York, New York. The firm specializes in shareholder derivative litigation in courts throughout the country.

## TIMOTHY BROWN – MANAGING PARTNER

In January 2014, Timothy Brown founded the Brown Law Firm, which specializes in shareholder derivative litigation. The Brown Law Firm has achieved favorable settlements in numerous shareholder derivative actions in federal and state courts across the country, providing substantial benefits to publicly traded companies and their investors.

Since shortly after Mr. Brown graduated from law school, through 2013, he was a litigator at a major national law firm. Mr. Brown's prior firm specializes in representing plaintiffs in securities class actions and derivative actions in courts throughout the country. There, Mr. Brown had a leadership role in achieving numerous multi-million dollar settlements of shareholder suits.

In 2004, Mr. Brown graduated from the University of Chicago Law School at which he was a recipient of a merit scholarship awarded to the top two percent of all applicants. He received his B.A. in Business Economics, *magna cum laude*, from Brown University in 2001.

Mr. Brown is admitted to the bar of the State of New York and admitted to practice in the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Western District of New York, and the United States District Court for the District of Connecticut, the United States District Court for the District of Maryland, the United States District Court for the Northern District of Ohio, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Michigan, and the United

1

States District Court for the District of Colorado, and the United States Court of Appeals for the Sixth Circuit.

### SAADIA J. HASHMI – PARTNER

Saadia Hashmi received her J.D. from The University of Texas at Austin School of Law in May 2018.  She was a staff editor on the TEXAS JOURNAL ON CIVIL LIBERTIES & CIVIL RIGHTS.  Ms. Hashmi received an M.A. in Dispute Resolution in 2014 from Southern Methodist University.  She received her B.A. in American Studies, *magna cum laude*, from the University of Texas at Dallas in 2012.

Ms. Hashmi is admitted to the bars of the State of New York and the State of Texas, and she is admitted to practice in the United States District Court for the Southern District of New York, the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas, and the United States District Court for the Western District of Texas.

### ELIZABETH DONOHOE – ASSOCIATE

Elizabeth Donohoe received her J.D. from the University of Florida Levin College of Law in May 2022. At UF Law, she was a Teaching Assistant and worked at the Wrongful Convictions and Factual Innocence: Conviction Integrity Review Clinic.  In May 2019, Ms. Donohoe received her B.A. in Criminology & Law, *magna cum laude*, from the University of Florida.

Ms. Donohoe is admitted to the bars of the State of New Jersey and the State of New York, and she is admitted to practice in the United States District Court for the District of New Jersey and in the United States District Court for the Southern District of New York.

### JOHN COYLE – ASSOCIATE

John Coyle received his J.D. from Seton Hall University School of Law in May 2023. At

Seton Hall Law, he served as a Co-Chair of the Mock Trial Team, an editor of the Seton Hall Sports, Entertainment & Gaming Law Blog, and as a member of the Criminal Law Society and Entertainment & Sports Law Society. In April 2020, Mr. Coyle received his B.A. in Political Science and History, *magna cum laude*, from the University of Pittsburgh.

Mr. Coyle is admitted to the bars of the State of Pennsylvania, the State of New Jersey, the State of New York, and the State of Massachusetts, and he is admitted to practice in the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, the United States District Court for the District of Massachusetts, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

## ROBERT C. MOEST – OF COUNSEL

Robert Moest's office is in Santa Monica, California. Until 1999, and for more than two decades, Mr. Moest was a partner at Fleishman, Fisher & Moest, a litigation firm in Los Angeles. Mr. Moest's partner Stanley Fleishman was revered for being a pioneer in the field of constitutional rights and for winning countless 1st Amendment and civil rights lawsuits, including about a dozen victories before the U.S. Supreme Court.

Mr. Moest maintains a civil trial, writ and appellate litigation practice, emphasizing 1st Amendment, constitutional and other civil rights, shareholder actions, commercial and real estate litigation, health care, administrative law and licensing, and land use. His practice is divided between federal and state practice. Mr. Moest has been counsel in more than 100 appeals, leading to more than forty reported decisions. Mr. Moest has jury and court trial experience in courts throughout the United States.

Mr. Moest was a founding member of the California Academy of Attorneys for Health Care Professionals, Co-counsel on Los Angeles County Jail Over-detention Team (successful class

action suits seeking injunctive relief and damages against systematic over-detention of inmates in Los Angeles County Jail); and was a member of the Board of Directors, Higher Education Research Institute (since incorporated into UCLA School of Higher Education).

Mr. Moest graduated from the UCLA School of Law in 1974, in the top ten percent of his class. He earned his undergraduate degree from Amherst College.

Mr. Moest is a member of the California bar, and the bars for the Central, Southern, Northern and Eastern federal districts in California, the United States Court of Appeals for the Second, Third, Ninth, and Tenth Federal Circuits, and the United States Supreme Court.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____            _____

Hon. Yvonne Gonzalez Rogers

SECOND AMENDED STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER
DERIVATIVE ACTIONS AND APPOINTING LEAD COUNSEL FOR PLAINTIFFS