1  CAZ HASHEMI, State Bar No. 210239
   chashemi@wsgr.com
2  STEPHEN B. STRAIN, State Bar No. 291572
   sstrain@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300

6  JESSICA L. SNORGRASS, State Bar No. 259962
   jsnorgrass@wsgr.com
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  1900 Avenue of the Stars, 28th Floor
   Los Angeles, CA 90067
9  Telephone: (424) 446-6900

10 *Attorneys for Defendants Andrew Anagnost,
   Deborah Clifford, Stacy Smith, Karen
11 Blasing, Reid French, Dr. Ayanna Howard,
   Blake Irving, Mary McDowell, Stephen
12 Milligan, Lorrie Norrington, Betsy Rafael,
   and Rami Rahim, and Nominal Defendant
13 Autodesk, Inc.*

14 [Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| IN RE AUTODESK, INC. DERIVATIVE LITIGATION | Case No.: 4:24-CV-03451-YGR |
|---|---|
|  | (Consolidated) |
| This Document Relates to: | **JOINT STATEMENT** |
| ALL ACTIONS | The Hon. Yvonne Gonzalez Rogers |

Pursuant to the Clerk's October 30, 2024 Notice in the above-referenced action (ECF No. 50), plaintiff Lisa Kolta, individual defendants Andrew Anagnost, Karen Blasing, Reid French, Ayanna Howard, Blake Irving, Mary McDowell, Stephen Milligan, Lorrie Norrington, Elizabeth Rafael, Rami Rahim, Stacy Smith, and Deborah Clifford, and nominal defendant Autodesk, Inc. ("Autodesk") (collectively, the "Parties") jointly submit the following Joint Statement.

1.     In June 2024, two purported shareholder derivative lawsuits were filed on behalf of nominal defendant Autodesk in this Court: (i) *Shah v. Anagnost et al.*, Case No. 4:24-cv-03451-YGR (the "*Shah* Action"); and (ii) *Kolta v. Anagnost, et al*., Case No. 4:24-cv-03804-YGR (the "*Kolta* Action").

2.     On July 12, 2024, the Parties submitted a joint stipulation consolidating the *Shah* and *Kolta* Actions and appointing lead counsel. ECF No. 32. If granted, the stipulation required that the Parties submit a proposed schedule for the consolidated action within 60 days of the Court's consolidation order. *Id.* at 4.

3.     On September 16, 2024, the parties to the *Shah* Action submitted a joint case management statement in advance of an initial case management conference scheduled for September 27, 2024. ECF No. 36. Among other things, the joint case management statement explained that the parties to the *Shah* and *Kolta* Actions were negotiating a stay of the actions. *Id.* at 3.

4.     On September 27, 2024, the Court held a joint initial case management conference for the *Shah* and *Kolta* Actions. During the conference, the Court asked why it was necessary, pursuant to the Parties' previously submitted consolidation stipulation (ECF No. 32), for two law firms to be appointed co-lead counsel for plaintiffs in a consolidated action. The Court also asked for an update on the Parties' then-ongoing negotiations to stipulate to a stay of the actions. The Court set a compliance deadline of October 25, with a joint statement due October 18 to further address those issues. ECF No. 40.

5.     On October 18, 2024, the Parties filed a revised stipulation to consolidate the *Shah* and *Kolta* Actions which, if entered by the Court, would appoint only one law firm, The Brown

Law Firm, P.C., as lead counsel for plaintiffs in a consolidated action. ECF No 45.[1] The revised stipulation also required that the Parties submit a proposed schedule within 60 days of the Court's consolidation order since it was not known, at that time, whether the Court would grant a request to stay the matter. ECF No. 45 at 4.

6. Also on October 18, 2024, the Parties filed a stipulation to stay the *Shah* and *Kolta* Actions, if consolidated by the Court. ECF No. 46. If approved, the stay would eliminate all pending deadlines in the consolidated action and would remain in effect until any and all motion(s) to dismiss in a related securities class action, *Barkasi v. Autodesk, Inc., et al.*, Case No. 4:24-cv-02431-YGR (the "Securities Class Action"), have been finally and fully resolved. ECF No. 46 at 3. The stay stipulation also provided that in the event the stay is terminated, the Parties have 20 days to meet and confer to determine how best to proceed in the action and submit to the Court a proposed scheduling order governing further proceedings in the consolidated derivative action. *Id*. at 4.

7. On October 29, 2024, the Court granted the revised consolidation stipulation and the stay stipulation. ECF Nos. 48, 49. The next day, the Clerk issued a notice informing the parties that, pursuant to the consolidation order, they have 60 days to submit a proposed schedule to the Court. The Clerk's notice further set a compliance deadline of January 17, 2025 at 9:01 a.m., with a joint statement due on January 10, 2025. ECF No. 50.

8. In light of the Court's order staying the consolidated action, the Parties respectfully submit that it is unnecessary to submit a proposed schedule for the consolidated derivative action at this time because the provision of the consolidation stipulation requiring submission of a proposed schedule was mooted by the Court's order staying all deadlines in the consolidated action. ECF No. 46. In addition, briefing on defendants' motion to dismiss in the Securities Class Action is ongoing, and the Parties believe it is premature to submit a proposed schedule for the consolidated derivative action while it is stayed. Of course, should the stay terminate, the Parties

---

[1] The Parties previously filed an amended consolidation stipulation on October 14, 2024, which the Court denied without prejudice subject to submission of a revised stipulation clarifying certain provisions. ECF No. 44.

1  will meet and confer and submit a proposed schedule within 20 days, as required by the terms of
2  the stay order. ECF No. 49 at 4.

3      9.    Accordingly, the Parties respectfully request that they be relieved of any obligation
4  to submit a proposed schedule pursuant to the consolidation order, and that the January 17, 2025
5  compliance deadline (and corresponding January 10, 2025 joint statement deadline) be vacated.

7  Dated: December 17, 2024    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

By:    /s/ *Caz Hashemi*
    Caz Hashemi

*Attorneys for Defendants Andrew Anagnost, Deborah Clifford, Stacy Smith, Karen Blasing, Reid French, Dr. Ayanna Howard, Blake Irving, Mary McDowell, Stephen Milligan, Lorrie Norrington, Betsy Rafael, and Rami Rahim, and Nominal Defendant Autodesk, Inc.*

16  Dated: December 17, 2024    THE BROWN LAW FIRM, P.C.

By:    /s/ *Robert C. Moest*
    Robert C. Moest

Robert C. Moest (62166)
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff Lisa Kolta*

**ATTORNEY ATTESTATION**

I, Caz Hashemi, am the ECF User whose identification and password are being used to file this joint statement. In compliance with Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from the other signatories.

By: /s/ *Caz Hashemi*
Caz Hashemi