**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHAH,**<br><br>       **PLAINTIFF,**<br><br>   VS.<br><br>**AUTODESK ET AL.,**<br><br>       **DEFENDANT(S).** | CASE NO.  4:24-cv-03451-YGR<br><br>**ORDER CONDITIONALLY CLOSING CASE** |

The Court consolidated this case with another, *Barkasi v. Autodesk, Inc.* (Case No. 4:24-cv-02431.) Given the procedural posture, **IT IS HEREBY ORDERED** that the instant case is **CLOSED** for statistical purposes only. Pursuant to the consolidation order, nothing further shall be filed on the docket in this case. Nothing contained in this order shall be construed as a dismissal or disposition of the action. Should further proceedings become necessary in this action individually, any party may contact the Court to address the issue.

   **IT IS SO ORDERED.**

Dated: January 13, 2026

_____
   **YVONNE GONZALEZ ROGERS**
   **UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California